Order issued JAN, 5 ,2000



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-96-01989-CR

---

**PATRICK DEON HOWARD, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

---

## ORDER

---

The motion of the Attorney General of Texas to withdraw the record is **GRANTED**.

The Clerk of this Court is **ORDERED** to send the appellate record in the above-numbered cause to:

> Charles A. Plamer, Assistant Attorney General
> c/o John   Davilia, Records Clerk
> Price Daniel, Sr. Bldg.
> P.O.Box 12548, Capitol Station
> Austin, Texas 78711-2548

Charles A. Palmer, Assistant Attorney General, is **ORDERED** to return the appellate record in the above-numbered cause to this Court within sixty days of the date of this Order.

LINDA THOMAS
CHIEF JUSTICE